**No. 46439.**—Protest 517006–G of Chiteman, Cooperman & Miller (New York).

Opinion by WALKER, J.   In accordance with stipulation· of counsel that the dogskins in question are undressed, the same in all material respects as those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389), the claim for free entry under paragraph 1681 was sustained.

**No. 46440.**—Protest 56755–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was therefore sustained.

**No. 46441.**—Protest 56756–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was therefore sustained.

**No. 46442.**—Protest 56757–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United . States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported.   The protest was therefore sustained.

**No. 46443.**—Protest 56758–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported.   The protest was therefore sustained.

**No. 46444.**—Protests 34476–K, etc., of Burns Lumber Co. (Los Angeles).